THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MCMASTERS and JOSEPH WALDMAN, Appellants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

JOSE B. CALVA et al., Appellants, v. J. LASKIN & SONS CORPORATION, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 1025.]

AGAMEMNON PROTOPSALTIS, Appellant, v. OCEAN FREIGHTING AND BROKERAGE CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ.

## (March 30, 1954.)

HENRY J. CUSUMANO, Respondent, v. ESPEY MANUFACTURING COMPANY, INC., Appellant.— Plaintiff sues defendant for breach of an alleged oral contract for an important position with defendant for a term of one year at a salary of $10,000. On the ground that the jury's verdict in plaintiff's favor is against the weight of the evidence, the judgment is unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.

LONE STAR SULPHUR CORPORATION, Respondent, v. HEAT & POWER CO., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted, with leave to the plaintiff to serve an amended complaint properly alleging that the written approval of Nichols, indorsed on the contract was not procured by defendant until after the time within which to obtain same had expired. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ.